UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JAMES J. FRILOUX, ET AL                    CIVIL ACTION

VERSUS                                     NUMBER: 10-1246

BP, PLC, ET AL                             SECTION: "B"(2)

### ORDER REALLOTTING CASE

Taking cognizance of Title 28, Section 455 and Canon 3-C(1) of the Code of Judicial Conduct, and considering that my spouse owns stock in Halliburton Company,[1] I am thusly disqualified from acting herein because of such relationship to that company. Accordingly,

**IT IS ORDERED** that the Clerk of Court reallot this action to another section of the Court other than Section "B".

New Orleans, Louisiana this 12th day of May, 2010.

_____
IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE

MAY 12 2010
REALLOTTED TO
SECT. I

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.

---

[1] One of our children is a former Halliburton Engineer who also owns stock and other financial interests in Halliburton.